UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-2009 FMO (ANx) | Date | December 2, 2014 |
|---|---|---|---|
| Title | Hoffman, et al. v. Fleetwood RV, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Court Order**

Pursuant to the Court's Order re: Further Proceedings, filed on October 14, 2014, the parties were required to complete a settlement conference no later than November 14, 2014, and file either a Notice of Settlement within 24 hours or a Status Report Re: Settlement within 48 hours. (See Court's Order of October 14, 2014, at 1). In addition, the parties' memoranda of contentions of fact and law, witness lists, joint exhibit list, and joint motions in limine were due on November 26, 2014. (See id. at 2). It appears from the record that the parties have not filed a Status Report Re: Settlement nor any of the necessary trial documents.

Accordingly, IT IS HEREBY ORDERED THAT, no later than **December 5, 2014**, the parties shall show cause, if any there be, why sanctions should not be imposed for failure to comply with the Court's Order of October 14, 2014. **The parties shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1] Failure timely to file such a declaration or to show cause as ordered will result in the imposition of sanctions for failure to comply with the court's Order of October 14, 2014.**

**Filing of the documents referenced above shall be a satisfactory response to the Order to Show Cause. However, absent exceptional circumstances, no extensions will be granted for the filing of the documents referenced above.**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.